# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JOHN LLOYD WILLIAMSON

      Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:05CV246

UNITED STATES OF AMERICA

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2005 Order.

Williamson v. USA　　　　　Doc. 3

FRANK G. JOHNS, CLERK

June 10, 2005　　　　　　　BY: _T. Evans_____

                        Tammy M. Evans, Deputy Clerk

Dockets.Justia.com