# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JOHN LLOYD WILLIAMSON

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05CV246

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2005 Order.

June 10, 2005

FRANK G. JOHNS, CLERK

BY: _____T. Evans_____

Tammy M. Evans, Deputy Clerk